# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

U.S. SECURITIES AND EXCHANGE COMM'N
             Plaintiff (s),

V.

ROBERT M. VANCE
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:24-CV-01150-JLT-BAM

Notice is hereby given that, subject to approval by the court, __U.S. Securities and Exchange Comm'n__ substitutes
(Party (s) Name)

__Ashley Dalmau-Holmes__, State Bar No. __(IL) 6324070__ as counsel of record in
(Name of New Attorney)

place of __Ariella Omholt Guardi__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | U.S. Securities and Exchange Commission |
| Address: | 175 W. Jackson Blvd., Suite 1450 |
| Telephone: | (312) 353-7390     Facsimile (312) 353-7398 |
| E-Mail (Optional): | dalmauholmesa@sec.gov |

I consent to the above substitution.

Date: 5/8/2024

*Ashley E. Dalmau-Holmes*
(Signature of Party (s))

I consent to being substituted.

Date: 5/8/2024

*Ariella O. Guardi*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/8/2024

*Ashley E. Dalmau-Holmes*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: **May 12, 2025**

/s/ *Barbara A. McAuliffe*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**