UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. VANCE,<br><br>Defendant. | Case No.  1:24-cv-01150-JLT-BAM<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SCHEDULING ORDER DUE TO GOVERNMENT SHUTDOWN<br><br>(Doc. 27) |

Plaintiff United States Securities and Exchange Commission ("Plaintiff" or "SEC") initiated this action against Defendant Robert M. Vance on September 27, 2024.  (Doc. 1.)

On February 18, 2025, the Court issued a Scheduling Conference Order, which set the deadline to complete non-expert discovery as October 31, 2025.  (Doc. 19.)

Currently before the Court is Plaintiff's motion to modify the Scheduling Conference Order to extend the current non-expert discovery deadline.  (Doc. 27.)  Plaintiff reports that the parties have issued written discovery, some of which remains outstanding.  However, due to a lapse in appropriations, the SEC shutdown as of October 1, 2025, and most SEC personnel have furloughed (with limited exceptions) and are prohibited from working.  Further, the SEC attorneys assigned to this matter have been furloughed and are not available to work on this matter.  Plaintiff therefore seeks (1) to extend the current non-expert discovery cutoff date by thirty (30) days after the end of the shutdown and the resumption of the SEC's normal operations

and (2) to provide the parties fourteen (14) days after the end of the shutdown and resumption of the SEC's normal operations to meet and confer and to propose to the Court alternative dates for the other deadlines set forth in the Scheduling Conference Order. (*Id.* at 1.) Plaintiff has conferred with Defendant, and he reportedly does not oppose the SEC's motion for administrative relief. (*Id.* at 2.)

Having considered the unopposed motion, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for administrative relief to modify the Scheduling Conference Order, (Doc. 27), is GRANTED.
2. The deadline for non-expert discovery is extended from October 31, 2025, to thirty (30) days after the end of the shutdown and the resumption of the SEC's normal operations.
3. Within **fourteen (14) days** after the end of the shutdown and resumption of the SEC's normal operations, the parties shall meet and confer <u>and file</u> proposed dates for modification of the remaining dates and deadlines set forth in the Scheduling Conference Order.

IT IS SO ORDERED.

Dated: __October 27, 2025__        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2