UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT M. VANCE, <br><br> Defendants. | Case No. 1:24-CV-01150-JLT-FJS <br><br> ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 233 <br><br> (ECF No. 33) |

On June 22, 2026, the parties filed their "Agreed Motion for Administrative Relief to Exceed Applicable Page Limits and to Set a Briefing Schedule for the Parties' Motions for Summary Judgment," pursuant to Local Rule 233. (*See* ECF No. 33.)

Under Local Rule 233, "[m]iscellaneous administrative matters which require a Court order may be brought to the Court's attention through a motion for administrative relief. Examples of matters that such motions may address include motions to exceed applicable page limitations; requests to shorten time on a motion; requests to extend a response deadline; requests to alter a briefing schedule; or requests to alter a discovery schedule that does not affect dispositive motion filing dates, trial dates, or the final pre-trial conference." L.R. 233.

As an initial matter, the court notes that the parties' requests to (1) exceed the applicable page limits for briefing on the cross-motions for summary judgment and (2) extend the deadline for those briefs, are the proper subjects of administrative relief. *Id.* Having considered the parties'

proposed modifications, and good cause appearing, IT IS HEREBY ORDERED that

(1) The page limits associated with the parties' summary judgment filings and as set forth in the court's amended scheduling conference order (ECF No. 30) are modified as follows:

| | |
|---|---|
| • Legal Memoranda in Support of Motion for Summary Judgment | 30 pages |
| • Opposition to Motion for Summary Judgment | 30 pages |
| • Reply in Support of Motion for Summary Judgment | 15 pages |

(2) The briefing schedule for the parties' summary judgment motions is as follows:

| | |
|---|---|
| • Motion for Summary Judgment and Legal Memoranda in Support Thereof | June 30, 2026 |
| • Opposition to Motion for Summary Judgment | July 30, 2026 |
| • Reply in Support of Motion for Summary Judgment | August 13, 2026 |

IT IS SO ORDERED.

Dated:  **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE